07cv3772
(SLT)(RML)

9-26-07
Wellington Ramos
993 President St Apt 4G
Brooklyn, NY 11225
(347) 414-5271
(718) 704-4402
we.ramos@hotmail.com

RECEIVED SEP 26 2007 PRO SE OFFICE

To: Honorable Sandra Townes
CC: Attorney David Slarskey
Subject: Summons Issued to Wrong Person

Dear Madam,

On the 25th of September a Server came to my apartment with a Summons bearing the name Ramos Wellington with address: 869 Flushing Avenue Brooklyn, NY 11213.

My name is Wellington Claude Ramos and I have never lived at the aforementioned address. Upon reading the contents of the Summons I have never engaged in fraud or forgery in order to secure a loan to obtain the property or any property. This is a wrongful service and I hope the correct person is located for committing these crimes.

Sincerly yours,
Wellington Claude Ramos