# KNUCKLES & KOMOSINSKI, P.C.
ATTORNEYS AT LAW
220 WHITE PLAINS ROAD, 6TH FLOOR
TARRYTOWN, NEW YORK 10591
(914) 220-0155
FAX: (914) 366-0080

MARK R. KNUCKLES
RICHARD F. KOMOSINSKI

KAREN B. OLSON*
KENNETH J. FLICKINGER

* ALSO ADMITTED IN NEW JERSEY

October 2, 2007

VIA ELECTRONIC CASE FILING
Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    **Drew v. ACC Capital Holdings, et al.**
                  Case No.: 07-3772 (SLT)(RML)

Dear Judge Levy:

      Please be advised that this firm represents ACC Capital Holdings, Ameriquest Mortgage Company, and WM Specialty Mortgage, LLC, in the above-referenced matter. Please allow this correspondence to serve as a request for a pre-motion conference to obtain permission to make a motion to dismiss ACC Capital Holdings, Ameriquest Mortgage Company, and WM Specialty Mortgage Company from the above-referenced action pursuant to federal abstention doctrines.

      The instant action was commenced in the United States District Court for the Eastern District of New York on or about September 10, 2007. At the time of commencement, an action had already been pending in the Supreme Court of the State of New York for the County of Kings since October 30, 2006, commenced by WM Specialty Mortgage, LLC (hereinafter "WM"), to foreclose the mortgage that is the subject of plaintiffs' action herein. WM is the current holder of the subject mortgage originated by Ameriquest Mortgage Company.

      Upon information and belief, plaintiffs herein attempted to serve an answer to the state foreclosure complaint in or about May 2007. The answer was rejected by foreclosure counsel as untimely as the time to respond had expired months prior. Plaintiffs herein therefore brought a motion in the foreclosure action seeking to compel WM to accept the late answer, which foreclosure counsel opposed. The motion to compel acceptance of the late answer and the opposition thereto were submitted on July 18, 2007, at which time the court reserved decision.

Case 1:07-cv-06234  Document 3  Filed 10/02/2007  Page 2 of 2

Drew v. ACC Capital Holdings, et al.
Case No.: 07-3772 (SLT)(RML)
October 2, 2007
Page 2 of 2

      Upon information and belief, no decision has yet been rendered by the state Supreme Court on the motion to compel acceptance of the late answer.

      Plaintiffs' late answer to the state Supreme Court complaint contains the identical claims that are asserted in the instant action, alleging violations of New York General Business Law §349 [deceptive business practices act], seeking to strike an allegedly fraudulent deed, and alleging violations of the Truth in Lending Act. As such, it would be an inefficient use of judicial resources to litigate the identical claims in "parallel" actions pending in the Supreme Court of the State of New York for the County of Kings, and less than two hundred yards away in the United States District Court for the Eastern District of New York in the Brooklyn Division.

      "[A] federal district court may stay or dismiss an action solely because of the pendency of similar litigation in state court, given fundamental principles of "[w]ise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation."" Steinberg v. Nationwide, 2006 WL 1959251 (E.D.N.Y.).

      Considering the identical nature of the allegations sought to be interposed in the state foreclosure action and the claims brought herein, it is respectfully submitted that "wise judicial administration" would properly manifest in a dismissal or stay of the instant action, and permission to so move is therefore respectfully requested.

                                                              Respectfully Yours,
                                                            Knuckles & Komosinski, P.C.

                                                            Kenneth J. Flickinger, Esq. (KF-7414)

cc:    David N. Slarsky, Esq.
         1633 Broadway
         New York, NY 10019