AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

Darrin DREW and Ida DREW

V.

ACC CAPITAL HOLDINGS, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 07   3772

TOWNES, J.

LEVY, M.J.

TO: (Name and address of Defendant)

WM SPECIALTY MORTGAGE
505 City Parkway West
Suite 100
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David N. Slarskey
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                               SEP 1 0 2007

CLERK                                             DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                         *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DARRIN DREW AND IDA DREW,

                              Plaintiffs,          AFFIDAVIT OF
                                                COMPLIANCE WITH
        - against -                                  §304 LLC Law
                                                Case No. CV 07 3772

ACC CAPITAL HOLDINGS, ET AL.,

                              Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK    )
                           )    ss.:
COUNTY OF NEW YORK  )

       I, Hailey Weng, being duly sworn, depose and say:

       1.    I am not a party in this action, am over the age of eighteen years and I reside in Kings County, New York.

       2.    This affidavit is made pursuant to the requirements of Section 304 of the Limited Liability Company Law.

       3.    On September 17, 2007 a copy of the Summons in a Civil Action and Complaint with Exhibit A in this action was served on defendant WM Specialty Mortgage LLC by serving it on the Secretary of State of the State of New York pursuant to Section 304 of the Limited Liability Company Law. The affidavit of service on the Secretary of State is annexed hereto.

       4.    On September 20, 2007, your deponent mailed a Notice of Service on the Secretary of State and a copy of the Summons in a Civil Action and Complaint with Exhibit A to defendant WM Specialty Mortgage LLC c/o Corporation Service Co. at 2711 Centerville Rd., Suite 300, Wilmington, DE 19808 by registered mail, return receipt requested attached hereto. Registered receipt number RE 129 678 547 US.

                                                                          HAILEY WENG

Sworn to before me this
28th day of September, 2007

_____
NOTARY PUBLIC

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Case No. CV 07 3772
DARRIN DREW AND IDA DREW,
                        Plaintiffs,

    - against -                                    **NOTICE OF SERVICE**

ACC CAPITAL HOLDINGS, ET AL.,
                        Defendants.
-----------------------------------------------------------------X

GENTLEMEN:

      PLEASE TAKE NOTICE that, pursuant to Section 304 of the Limited Liability Company Law of the State of New York, a copy of the enclosed Summons in a Civil Action and Complaint with Exhibit A in the above entitled action was served upon you on the 17th day of September, 2007 by delivering a true copy to the Secretary of State of New York as shown by the affidavit of Terri L. Tarullo attached hereto and made a part hereof.

      ALSO TAKE NOTICE that, in accordance with the laws of the State of New York, this service has the same force and effect as though the Summons in a Civil Action and Complaint with Exhibit A were served upon you personally.

      AND PLEASE TAKE FURTHER NOTICE that, we are sending you herewith, by registered mail return receipt requested another true copy of the Summons in a Civil Action and Complaint with Exhibit A.

DATED: New York, New York
             September 19, 2007

Yours Truly,
David N. Slarskey
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

TO: WM Specialty Mortgage LLC
      c/o Corporation Service Co.
      2711 Centerville Rd., Suite 300
      Wilmington, DE 19808

United States District Court
Eastern District of New York

---

Darrin Drew and Ida Drew,

                                                      **AFFIDAVIT OF SERVICE**
               Plaintiff(s)                          Case No.  CV 07 3772

              -against-

ACC Capital Holdings, et al.,

               Defendant(s)

---

State of New York )
                    ss:
County of Albany )

Terri L. Tarullo, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on September 17, 2007 at approximately 2:00 PM deponent served the following specific papers pursuant to Section 304 of the Limited Liability Company Law, Summons in a Civil Action and Complaint with Exhibit A, that the party served was WM Specialty Mortgage LLC, an unauthorized foreign limited liability company, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the NYS Secretary of State located in the City of Albany, New York by delivering to and leaving papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                     Terri L. Tarullo

Sworn to before me this 17th day of September, 2007

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

| Registered No. RE129678547US | | | Date Stamp | |
|---|---|---|---|---|
| Reg. Fee $ | $9.50 | Special Delivery $ | 0005 | |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 | 12 |
| Postage $ | $2.84 | Restricted Delivery $ | $0.00 | 09/20/07 |
| Received by | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance ☐ / Without Postal Insurance ☒ | | |

RETURN RECEIPT REQUESTED

FROM: SERVING BY IRVING, INC.
233 BROADWAY, SUITE 2201
NEW YORK, NY 10279

TO: WM SPECIALTY MORTGAGE, LLC
C/O CORPORATION SERVICE CO.
2711 CENTERVILLE RD, SUITE 300
WILMINGTON, DE 19808

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WM SPECIALTY MORTGAGE, LLC
C/O CORPORATION SERVICE CO.
2711 CENTERVILLE RD, SUITE 300
WILMINGTON, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Laura Cooper    ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

SEP 24 2007

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): RE 129 678 547 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

Darrin DREW and Ida DREW

V.

ACC CAPITAL HOLDINGS, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 07 3772

TOWNES, J.

LEVY, M.J.

TO: (Name and address of Defendant)

WM SPECIALTY MORTGAGE
505 City Parkway West
Suite 100
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David N. Slarskey
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                    SEP 10 2007

CLERK                                  DATE

(By) DEPUTY CLERK