UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------
Darrin Drew, et al.,

                  Plaintiffs,        SCHEDULING ORDER

 -vs-

                                        07CV3772(SLT)(RML)

ACC Capital Holdings, et al.,

                  Defendants.
-----------------------------------------------------
TOWNES, UNITED STATES DISTRICT JUDGE

        IT IS HEREBY ORDERED that counsel who will try the case appear for a **Pre-motion Conference** at **2:30pm** on **November 7, 2007**, before the Honorable Sandra L. Townes, U.S.D.J., United States District Court - Eastern District of New York, 225 Cadman Plaza East, Courtroom 4B, Brooklyn, New York.

        Any request for adjournment must be made in **writing** at least **two business days** prior to the scheduled appearance.  Adjournments will be granted only upon **consent** of all parties and upon good cause shown.

Dated: Brooklyn, New York
       October 16, 2007

                                                  S/
                                  SANDRA L. TOWNES
                                  UNITED STATES DISTRICT JUDGE