# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 23, 2007

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 26 2007 ★

**BROOKLYN OFFICE**

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-30)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 5, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Jamisha Spinner
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Marvin E. Aspen
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   Charles R. Diard, Jr.; Kevin F. Rowe; Robert C. Heinemann

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

OCT - 5 2007

FILED
**CLERK'S OFFICE**

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**

MDL No. 1715

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-30)**

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**                    MDL No. 1715

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

| <u>DIST</u>. <u>DIV</u>. <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| ALABAMA SOUTHERN | |
| ALS   1   07-623 | Janice Burrell, et al. v. Ameriquest Mortgage Co. |
| ALS   1   07-648 | Benjamin Johnson, et al. v. Ameriquest Mortgage Co. |
| ALS   1   07-652 | Mervin Thomas, et al. v. Ameriquest Mortgage Co. |
| CONNECTICUT | |
| ~~CT   3   07-1113~~ | ~~Andrew Dlugolecki v. Town & Country Credit Corp., et al.~~ Opposed 10/22/07 |
| CT   3   07-1188 | Ocie Todd, et al. v. Ameriquest Mortgage Co., et al. |
| NEW YORK EASTERN | |
| NYE   1   07-3772 | Darrin Drew, et al. v. ACC Capital Holdings Corp., et al. |

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**

MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-30)

Kenneth J. Flickinger
Knucles & Komosinski, P.C.
220 White Plains Road
Tarrytown, NY 10951

Andrew G. Pizor
Consumer Law Group
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

David Slarskey
Friedman, Kaplan, Seiler & Adelman, LLP
1633 Broadway, 46th Floor
New York, NY 10019-6708

Elizabeth Mott Smith
Thelen Reid Brown Raysman & Steiner, LLP
City Place II
185 Asylum Street
10th Floor
Hartford, CT 06103

Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

**IN RE: AMERIQUEST MORTGAGE CO.**
**MORTGAGE LENDING PRACTICES LITIGATION**                    MDL No. 1715

### INVOLVED JUDGE LIST (CTO-30)

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

~~Hon. Janet Bond Arterton~~
~~U.S. District Judge~~
~~118 Richard C. Lee U.S. Courthouse~~
~~141 Church Street~~
~~New Haven, CT 06510~~

Hon. Alvin W. Thompson
U.S. District Judge
240 Abraham Ribicoff Fed. Bldg. & U.S. Courthouse
450 Main Street
Hartford, CT 06103-3022

Hon. Sandra L. Townes
U.S. District Judge
905 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11202-1818