# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07–cv–03772–SLT–RML

| | |
|---|---|
| Drew et al v. ACC Capital Holdings et al | Date Filed: 09/10/2007 |
| Assigned to: Judge Sandra L. Townes | Date Terminated: 11/13/2007 |
| Referred to: Magistrate–Judge Robert M. Levy | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 370 Fraud or Truth–In–Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Darrin Drew**　　　　　　　represented by　**David Slarskey**
Friedman Kaplan Seiler &Adelman LLP
1633 Broadway
New York, NY 10019
212–833–1100
Fax: 212–373–7955
Email: dslarskey@fklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ida Drew**　　　　　　　represented by　**David Slarskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACC Capital Holdings**　　　　　　　represented by　**Kenneth J. Flickinger**
Knucles &Komosinski, P.C.
220 White Plains Road
Tarrytown, NY 10951
914–220–0155
Fax: 914–366–0080
Email: kjf@klawpc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriquest Mortgage Company**　　　　　　　represented by　**Kenneth J. Flickinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WM Specialty Mortgage LLC**　　　　　　　represented by　**Kenneth J. Flickinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ramos Wellington**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | "1 | COMPLAINT against ACC Capital Holdings, Ameriquest Mortgage Company, WM Specialty Mortgage LLC, Ramos Wellington $ 350, filed by Darrin Drew, Ida Drew. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 09/11/2007) |
| 09/10/2007 | " | Summons Issued as to ACC Capital Holdings, Ameriquest Mortgage Company, WM Specialty Mortgage LLC, Ramos Wellington. (Bowens, Priscilla) (Entered: 09/11/2007) |
| 09/26/2007 | "2 | Letter dated 9/26/07 from Wellington Claude Ramos to USDJ Townes, informing the Court that summons bears the name of an individual other than himself. Mr. Ramos states that his name is Wellington Claude Ramos and has never resided at 869 Flushing Avenue, Brooklyn, NY. Furthermore, Mr. Ramos notes that he has never engaged in fraud or forgery to secure a loan to obtain property. (Fwd. to USDJ Townes) (Galeano, Sonia) (Entered: 09/27/2007) |
| 10/02/2007 | "3 | Letter MOTION for Leave to File *motion to dismiss* by ACC Capital Holdings, Ameriquest Mortgage Company, WM Specialty Mortgage LLC. (Flickinger, Kenneth) (Entered: 10/02/2007) |
| 10/03/2007 | "4 | SUMMONS Returned Executed by Darrin Drew, Ida Drew. ACC Capital Holdings served on 9/12/2007, answer due 10/2/2007. (Slarskey, David) (Entered: 10/03/2007) |
| 10/03/2007 | "5 | SUMMONS Returned Executed by Darrin Drew, Ida Drew. Ameriquest Mortgage Company served on 9/12/2007, answer due 10/2/2007. (Slarskey, David) (Entered: 10/03/2007) |
| 10/03/2007 | "6 | SUMMONS Returned Executed by Darrin Drew, Ida Drew. WM Specialty Mortgage LLC served on 9/17/2007, answer due 10/8/2007. (Slarskey, David) (Entered: 10/03/2007) |
| 10/03/2007 | "7 | SUMMONS Returned Executed by Darrin Drew, Ida Drew. Ramos Wellington served on 9/25/2007, answer due 10/15/2007. (Slarskey, David) (Entered: 10/03/2007) |
| 10/03/2007 | "8 | RESPONSE in Opposition re 3 Letter MOTION for Leave to File *motion to dismiss* filed by Darrin Drew, Ida Drew. (Slarskey, David) (Entered: 10/03/2007) |
| 10/04/2007 | "9 | Letter *to Judge Townes dated 10/4/07* by Darrin Drew, Ida Drew (Slarskey, David) (Entered: 10/04/2007) |
| 10/16/2007 | "10 | SCHEDULING ORDER: IT IS HEREBY ORDERED that counsel who will try the case appear for a Pre−motion Conference at 2:30pm on November 7, 2007, before the Honorable Sandra L. Townes, U.S.D.J., United States District Court − Eastern District of New York, 225 Cadman Plaza East, Courtroom 4B, Brooklyn, New York. Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown. Ordered by Judge Sandra L. Townes on 10/16/07. (Frullo, Veronica) (Entered: 10/16/2007) |
| 10/17/2007 | "11 | SCHEDULING ORDER: An initial conference has been scheduled for January 10, 2008 at 10:00 a.m., before the Honorable Robert Levy, United States Magistrate Judge at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check−in with chambers, Room 1223−S, upon arrival. All counsel must be present. Plaintiff(s) counsel |

| | | |
|---|---|---|
| | | is directed to confirm with defendant(s) counsel that all necessary participants are aware of this conference. Ordered by Judge Robert M. Levy on 10/17/07. (see attached order) (Marino, Janine) (Entered: 10/17/2007) |
| 10/26/2007 | " 12 | Letter dated 10/23/2007 from the Judicial MDL Panel to Michael Dobbins, Clerk, enclosing a certified copy of Conditional Transfer Order– 30 filed by the Panel 10/5/2007 re: MDL 1715 In re Ameriquest Mortgage Co. (see enclosure) (Clarke, Melonie) (Entered: 11/01/2007) |
| 11/02/2007 | " | SCHEDULING ORDER: In light of the Conditional Transfer Order (CTO– 30) 12 transferring this action to the U.S.D.C. – Northern District of Illinois, the pre–motion conference scheduled for November 7, 2007 is canceled. Ordered by Judge Sandra L. Townes on 11/2/07. (Frullo, Veronica) (Entered: 11/02/2007) |
| 11/13/2007 | " 13 | Letter dated 11/9/07 from Micheal Dobbins to Clerk of Court requesting the transfer of this case to Northern District of Illinois. (Clarke, Melonie) (Entered: 11/13/2007) |
| 11/13/2007 | " | Case electronically transferred to District of Northern Illinois. Original file, certified copy of transfer order, and docket sheet sent. (Clarke, Melonie) (Entered: 11/13/2007) |