UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------x
:
IN RE AMERIQUEST MORTGAGE CO.          :
MORTGAGE LENDING PRACTICES             : No. 07-CV-06234 (N.D. Ill.)
LITIGATION                             :
                                       :
                                       : MDL No. 1715
THIS DOCUMENT RELATES TO:              : Lead Case No. 05-CV-07097
*Drew, et al. v. ACC Capital Holdings, Inc., et al.*, :
No. 07-CV-3772 (E.D.N.Y.)              : Centralized before
                                       : Hon. Marvin E. Aspen
                                       :
                                       :
                                       :
                                       :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David N. Slarskey, an attorney associated with Friedman Kaplan Seiler & Adelman LLP, hereby enters an appearance on behalf of plaintiffs Darrin Drew and Ida Drew, and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
December 26, 2007

                                        _____
                                        David N. Slarskey
                                        FRIEDMAN KAPLAN SEILER &
                                        ADELMAN LLP
                                        1633 Broadway
                                        New York, NY 10019-6708
                                        (212) 833-1100
                                        dslarskey@fklaw.com

                                        *Attorneys for Plaintiffs*

To:   Bernard E. Lesage, Esq.
      Sarah K. Andrus, Esq.
      Buchalter Nemer, a P.C.
      1000 Wilshire Boulevard, Suite 1500
      Los Angeles, CA 90017-2457

557885.1