**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

```
-----------------------------------------------------------------x
```
|   |   |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | : No. 07-CV-06234 (N.D. Ill.) |
| | : |
| | : MDL No. 1715 |
| THIS DOCUMENT RELATES TO: | : Lead Case No. 05-CV-7097 |
| *Drew, et al. v. ACC Capital Holdings, Inc., et al.,* | : |
| No. 07-CV-3772 (E.D.N.Y.) | : Centralized before |
| | : Hon. Marvin E. Aspen |

```
-----------------------------------------------------------------x
```

## OPT OUT NOTICE

PLEASE TAKE NOTICE that plaintiffs Darrin Drew and Ida Drew have

chosen to opt-out of the consolidated class action complaints. This notice is filed

pursuant to the Court's order of November 7, 2006.

Dated: New York, New York
January 7, 2008

David N. Slarskey
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
dslarskey@fklaw.com

*Attorneys for Plaintiffs*

To:    Bernard E. Lesage, Esq.
Sarah K. Andrus, Esq.
Buchalter Nemer, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

557885.1